# Exhibit A

**10CI00676**

| AOC-105  Doc. Code: CI | | Case No. | |
|---|---|---|---|
| Rev. 1-07  01/28/2010 02:55 pm | (Seal) | Court | ☑ Circuit ☐ District |
| Page 1 of 1  Ver. 1.02 | | | |
| Commonwealth of Kentucky | | County | Jefferson |
| Court of Justice  www.courts.ky.gov | | | |
| CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | | |

**PLAINTIFF**

Clint    J.    Christensen          JEFFERSON CIRCUIT COURT
4208 McWhinney Blvd, Unit 415              DIVISION FIVE (5)

Loveland        Colorado        80538

VS.

**DEFENDANT**

Chase Bank USA, N.A.

Corporation Trust Center

1209 Orange Street

Wilmington        Delaware

*RECEIVED FEB 02 2010 SECRETARY OF STATE COMMONWEALTH OF KY*

19801

**Service of Process Agent for Defendant:**

Kentucky Secretary of State

Summones Branch

700 Capital Avenue, Suite 86

Frankfort                Kentucky        40601

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: JAN 29 2010, 2____        _David L. Nicholson_ Clerk

                        By: _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this ____ day of _____, 2_____.

                Served by: _____

                           _____ Title

COMMONWEALTH OF KENTUCKY
JEFFERSON DISTRICT COURT
DIVISION ____
CASE NO. _____

JEFFERSON CIRCUIT COURT
DIVISION FIVE (5)

CLINT J. CHRISTENSEN
4208 MCWHINNEY BLVD UNIT 415
LOVELAND, CO 80538 ............................................................... PLAINTIFF

v.   COMPLAINT

CHASE BANK USA, N.A.
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

FILED IN CLERKS OFFICE
DAVID L. NICHOLSON, CLERK

JAN 29 2010

By _____
DEPUTY CLERK

Serve: Kentucky Secretary of State ............................................................... DEFENDANT

* * * * * * * * * * * * * * * *

Comes the Plaintiff, Clint J. Christensen, by the undersigned counsel, and for his Complaint against Defendant, Chase Bank USA, N.A. submits the following:

## PARTIES

1. Plaintiff, Clint J. Christensen, was a resident of Jefferson County, Kentucky, residing at 8714 Destiny CV, Louisville, KY 40229 at the time of entering into a settlement agreement with Defendant.

2. Plaintiff, Clint J. Christensen, currently resides at the Colorado address listed above.

3. Defendant, Chase Bank USA, N.A. ("Chase Bank"), is a Delaware corporation transacting business in Kentucky.

4. The amount in controversy exceeds the jurisdictional minimum of this Court.

5. The acts complained of herein had their origins and did in fact occur in Louisville, Jefferson County, Kentucky.

6. Jurisdiction and Venue are proper in this Court pursuant to KRS 454.210 and KRS 452.450.

## II. BREACH OF CONTRACT

4. The above allegations are reasserted and realleged as if set forth again in full.

5. In 2007 Plaintiff, Clint J. Christensen, had an open credit card account with Defendant with an account balance of $5470.96.

6. That same year, Plaintiff negotiated a full and final settlement of his account for $2,188.00.

7. Plainttif's check was received and cashed by Defendant in April 2007. (Exhibit A).

8. Defendant however continues to report Plaintiff's account as charged off, past due and with a balance owed of $3,282.00. (Exhibit B).

9. As result of Defendant's refusal and failure to denote and report Plaintiff's account paid Defendant has breached its settlement agreement with Plaintiff.

10. As a result of Defendant's breach, Plaintiff has suffered damages.

11. Defendant is liable to Plaintiff for those damages.

## III. VIOLATION OF FAIR CREDIT REPORTING ACT

12. The above allegations are reasserted and realleged as if set forth again in full.

13. On or about January 2008, Plaintiff, Clint J. Christensen notified Experian of inaccuracies on his credit report.

14. On information and belief, Defendant verified the false information as accurate and continued to report these inaccuracies to all credit reporting agencies.

15. On or about August 2009, Plaintiff's Counsel informed Defendant Chase Bank of their error and attempted to resolve the matter. (Exhibit C).

16. On or about November 2009, Plaintiff's Counsel again disputed the debt with Experian and provided documentation evidencing payment and settlement of the disputed account. (Exhibit D).

17. In December 2009, Defendant verified and reported the disputed debt as duly owed and accurate.

18. Accordingly, Defendant failed to comply with the requirements of the Fair Credit Reporting Act resulting in a violation of the statute.

19. As a result of Defendant's failure to comply with the statute Plaintiff has suffered damages.

20. As a result of any willful failure to comply with the statute Defendant should additionally be assessed punitive damages.

21. Defendant is accordingly liable to Plaintiff for those damages.

**WHEREFORE**, Plaintiff, Clint J. Christensen., demands:

1. A Judgment against Defendant, Chase Bank N.A, in an amount sufficient to compensate Plaintiff for the damages caused by breach of their agreement;

2. An award of damages for failure to comply with the requirements of the Fair Credit Reporting Act;

3. An award of punitive damages for willful failure to comply with the statute;

4. An award of damages sufficient to compensate Plaintiff for its other actual damages;

4. Its attorneys fees as authorized by statute;

5. Its costs herein expended;

6. For pre-judgment and post-judgment interest as appropriate;

7. A trial by Jury on all issues so triable;

8. Any and all other relief to which it may appear entitled.

                              Respectfully Submitted,

                              M. Tyler Reynolds
                              Edward L. Lasley
                              CONLIFFE, SANDMANN & SULLIVAN
                              2000 Waterfront Plaza
                              325 West Main Street
                              Louisville, Kentucky 40202
                              502-587-7711