## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**CLINT J. CHRISTENSEN**                                                                 **PLAINTIFF**

**v.**                                                    **CIVIL ACTION NO.  3:10CV-124-JHM**

**CHASE BANK USA, N.A.**                                                                 **DEFENDANT**

### ORDER

On the court's own motion,

**IT IS HEREBY ORDERED** that the telephonic conference scheduled in this matter for November 5, 2010, is **REMANDED** from the court's docket.

DATE: November 2, 2010

                                                **ENTERED BY ORDER OF THE COURT**
                                                       **JAMES D. MOYER**
                                            **UNITED STATES MAGISTRATE JUDGE**
                                            **JEFFREY A. APPERSON, CLERK**
                                            **UNITED STATES DISTRICT COURT**

                                            **BY:**      **/s/ Kathryn D. Niemann**
                                                           **DEPUTY CLERK**

Copies to:
Counsel of Record