UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| CLINT J. CHRISTENSEN | ) | |
| | ) | CASE NO.  3:10CV-124 M |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | ELECTRONICALLY FILED |
| CHASE BANK USA, N.A. | ) | |
| | ) | |
| DEFENDANT. | ) | |

\* \* \* \* \*

## JOINT MOTION TO DISMISS

Plaintiff, Clint J. Christensen, and the Defendant, Chase Bank USA, N.A., respectfully move this Court to dismiss this action with prejudice, in accordance with the parties' agreement.  A proposed order is attached.


Jointly submitted by:

| | |
|---|---|
| TACHAU MEEK PLC | CONLIFFE, SANDMANN & SULLIVAN |
| Dustin E. Meek | Edward L. Lasley |
| Katherine E. McKune | M. Tyler Reynolds |
| | |
| s/Katherine E. McKune | s/Edward L. Lasley (with permission) |
| 3600 National City Tower | 2000 Waterfront Plaza |
| 101 South Fifth Street | 325 West Main Street |
| Louisville, KY 40202-3120 | Louisville, KY 40202 |
| (502) 238-9900 | (502) 587-7711 |
| Telecopy: (502) 238-9910 | Telecopy: (502) 587-7711 |
| *Counsel for Defendant, Chase Bank USA, N.A.* | *Counsel for Plaintiff, Clint J. Christensen* |

## CERTIFICATE OF SERVICE

  I hereby certify that on November 17, 2010, I electronically filed this Joint Motion to Dismiss with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Edward L. Lasley
Conliffe, Sandmann & Sullivan
2000 Waterfront Plaza
325 West Main Street
Louisville, KY  40202

*Counsel for Plaintiff*

                s/Katherine E. McKune
                *Counsel for Defendant, Chase Bank USA, N.A.*